**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEANDRE NAKITA BROWN,<br><br>    Defendant. | Case No. 2:09-cr-00032-KJD-GWF<br><br>**ORDER** |

      Before the Court for consideration is the Findings and Recommendations (#25) of Magistrate Judge George W. Foley, Jr. entered April 23, 2009, recommending that Defendant's Motion to Suppress Evidence Obtained in Violation of the Fifth and Fourth Amendments (#16) be granted in part and denied in part, and that Defendant's Motion to Suppress Identification Evidence (#17) be denied. Objections (#29) to the Magistrate Judge's Findings and Recommendations were filed by Defendant DEANDRE NAKITA BROWN pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response in opposition (#30) to the objections.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Findings and Recommendations

(#25) of the United States Magistrate Judge entered April 23, 2009, should be **ADOPTED** and **AFFIRMED.**

IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recommendations (#25) entered April 23, 2009, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress in Violation of the Fifth and Fourth Amendments (#16) is **GRANTED in part** and **DENIED in part**, and that Defendant's Motion to Suppress Identification Evidence (#17) is **DENIED**.

DATED this 2nd day of July 2009.

_____
Kent J. Dawson
United States District Judge