FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 8 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>DEANDRE NAKITA BROWN,<br><br>        Defendant. | 2:09-cr-00032-KJD-GWF<br><br><br><br>**ORDER** |

On April 28, 2017, this Court granted the MOTION to Dismiss Counsel (doc. 54).

Accordingly, IT IS HEREBY ORDERED that **THOMAS F. PITARO**, is APPOINTED as counsel for Deandre Nakita Brown in place of Mark Bailus's Office for all future proceedings.

Mark Bailus's office shall forward the file to Mr. Pitaro forthwith.

DATED this 28th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE